UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NIRCA ALFRED | CIVIL ACTION NO. 6:23-CV-00681 |
| VERSUS | JUDGE DONALD E. WALTER |
| ANDREW SAUL | MAGISTRATE JUDGE DAVID J. AYO |

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 28th day of August, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE